The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL RANDALL and ALLEN FINNEY, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED COMMUNICATION SERVICE, INC.; COMCAST CORPORATION; and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | Case No. 3:20-cv-05438-JLR<br><br>**ORDER GRANTING AGREED MOTION TO RENOTE PLAINTIFFS' MOTION AND SET BRIEFING SCHEDULE** |

The Court, having received and considered Defendants' Agreed Motion to Renote Plaintiffs' Motion and Set Briefing Schedule ("Motion"), HEREBY GRANTS the Motion and issues the following ORDER: Defendants' Response is due November 12, 2020, Plaintiffs' Reply is due November 23, 2020, and the Motion Noting date is extended to November 27, 2020.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER GRANTING AGREED MOTION TO RENOTE PLAINTIFFS' MOTION AND SET BRIEFING SCHEDULE - 1
Case No. 3:20-cv-05438-JLR

00929531.1

**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500   FAX (503) 274-1212

**IT IS SO ORDERED**.

Dated this 14th day of October, 2020.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Submitted by:

s/Sean P. Ray
Sean P. Ray, WSBA No. 47152
Trevor R. Caldwell, WSBA No. 56018
sray@barran.com
tcaldwell@barran.com
BARRAN LIEBMAN LLP
601 SW Second Avenue, Suite 2300
Portland OR 97204
Phone: 503-228-0500

Attorneys for Defendant INTEGRATED COMMUNICATION SERVICE, INC.

s/Susan K. Stahlfeld
Susan K. Stahlfeld, WSBA No. 22003
Katie Loberstein, WSBA No. 51091
susan.stahlfeld@millernash.com
katie.loberstein@millernash.com
MILLER NASH GRAHAM & DUNN LLP
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA 98121
Phone: (206) 624-8300

s/Andrew P. Frederick
Daryl S. Landy. *Pro Hac Vice*
Andrew P. Frederick, *Pro Hac Vice*
Nicole L. Antonopoulos, *Pro Hac Vice*
daryl.landy@morganlewis.com
andrew.frederick@morganlewis.com
nicole.antonopoulos@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626
Phone: (714) 830-0600

Attorneys for Defendants
COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR RELIEF FROM DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION  - 2 Case No. 3:20-cv-05438-JLR

**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR  97204-3159
PHONE (503) 228-0500   FAX (503) 274-1212

00929531.1