The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL RANDALL and ALLEN FINNEY, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED COMMUNICATION SERVICE, INC.; COMCAST CORPORATION; and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | Case No. 3:20-cv-05438-JLR<br><br>**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION** |

The Court, having received and considered the parties' Joint Motion to Stay Proceedings Pending Mediation ("Motion"), and for good cause appearing, HEREBY GRANTS the Motion and issues the following ORDER: All proceedings in this case are stayed pending mediation of Plaintiffs' claims. The statutes of limitation applied to all current and former non-exempt employees of Integrated Communication Service, Inc. working as Technicians in connection with their claims under the Fair Labor Standards Act and various state laws are tolled during the pendency of the stay. In the event that the parties are unable to resolve all of Plaintiffs' claims through mediation, the parties will jointly move the court to lift the stay of all proceedings no later than thirty (30) days after the mediation.

ORDER GRANTING JOINT MOTION TO STAY
PROCEEDINGS PENDING MEDIATION - 1
Case No. 3:20-cv-05438-JLR

**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212

00938711.1

1  **IT IS SO ORDERED**.

2  Dated this 1st day of December 2020.

3

4  _____
THE HONORABLE JAMES L. ROBART
5  UNITED STATES DISTRICT JUDGE

Submitted by:

6

BARRAN LIEBMAN LLP                                MILLER NASH GRAHAM & DUNN LLP

7
By s/ *Sean P. Ray*                               By s/ *Susan K. Stahlfeld*
8    Sean P. Ray, WSBA No. 47152                       Susan K. Stahlfeld, WSBA No. 22003
     Trevor Caldwell, WSBA No. 56018                   Katie Loberstein, WSBA No. 51091
9    sray@barran.com                                   susan.stahlfeld@millernash.com
     tcaldwell@barran.com                              katie.loberstein@millernash.com
10   Telephone: (503) 228-0500                         Telephone: (206) 624-8300
     Facsimile: (503) 276-1212                         Facsimile: (206) 340-9599
11
                                                   MORGAN, LEWIS & BOCKIUS LLP
12   *Attorneys for Defendant INTEGRATED
     COMMUNICATION SERVICE, INC.*
13                                                 By s/ *Andrew P. Frederick*
                                                      Daryl S. Landy. Pro Hac Vice
14 TERRELL MARSHALL LAW GROUP PLLC                    Andrew P. Frederick, Pro Hac Vice
                                                      Nicole L. Antonopoulos, Pro Hac Vice
15 By s/ *Toby J. Marshall*                           daryl.landy@morganlewis.com
      Beth E. Terrell, WSBA No. 26759                 andrew.frederick@morganlewis.com
16    Toby J. Marshall, WSBA No. 32726                nicole.antonopoulos@morganlewis.com
      bterrell@terrellmarshall.com                    Telephone: (714) 830-0600
17    tmarshall@terrellmarshall.com                   Facsimile: (714) 830-0700
      Telephone: (206) 816-6603
18    Facsimile: (206) 319-5450
                                                   *Attorneys for Defendants COMCAST
   SCHNEIDER WALLACE COTTRELL                      CORPORATION and COMCAST CABLE
19 KONECKY LLP                                     COMMUNICATIONS MANAGEMENT,
                                                   LLC*
20    Carolyn H. Cottrell, *Pro Hac Vice*
      Ori Edelstein, *Pro Hac Vice*
21    Michelle S. Lim, *Pro Hac Vice*

22 BERGER MONTAGUE PC

23    Sarah R. Schalman-Bergen, *Pro Hac Vice*
      Candice J. Enders, *Pro Hac Vice*
24    Krysten Connon, *Pro Hac Vice*

25 *Attorneys for Plaintiffs Michael Randall and
   Allen Finney*

26

ORDER GRANTING JOINT MOTION TO STAY                            **BARRAN LIEBMAN LLP**
PROCEEDINGS PENDING MEDIATION - 2                           601 SW SECOND AVENUE, SUITE 2300
Case No. 3:20-cv-05438-JLR                                       PORTLAND, OR  97204-3159
                                                         PHONE (503) 228-0500  FAX (503) 274-1212

00938711.1