The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL RANDALL and ALLEN FINNEY, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED COMMUNICATION SERVICE, INC.; COMCAST CORPORATION; and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | Case No. 3:20-cv-05438-JLR<br><br>**ORDER GRANTING JOINT MOTION TO LIFT THE STAY ON ALL PROCEEDINGS** |

The Court, having received and considered the parties' Joint Motion to Lift the Stay on All Proceedings ("Motion"), and for good cause appearing, HEREBY GRANTS the Motion and issues the following ORDER:

1. The stay on all proceedings in this case is hereby lifted.

2. Plaintiffs' Motion for Conditional Certification (ECF 50) is hereby re-noted for May 21, 2021. Defendants' Opposition is due April 30, 2021 and Plaintiffs' Reply is due May 17, 2021.

3. The statutes of limitation applied to all current and former non-exempt employees of Defendant Integrated Communication Service, Inc. working as Technicians in connection with their claims under the Fair Labor Standards Act and various state

ORDER GRANTING JOINT MOTION LIFT THE STAY ON ALL PROCEEDINGS - 1
Case No. 3:20-cv-05438-JLR

**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500   FAX (503) 274-1212

DB2/ 40679458.1

laws remain tolled through the Noting Date on Plaintiffs' Motion for Conditional Certification.

**IT IS SO ORDERED**.

Dated this 9th day of April 2021.

_____
THE HONORABLE JAMES L. ROBART

Submitted by:

ORDER GRANTING JOINT MOTION TO LIFT THE STAY ON ALL PROCEEDINGS - 2
Case No. 3:20-cv-05438-JLR

**BARRAN LIEBMAN** LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR  97204-3159
PHONE (503) 228-0500   FAX (503) 274-1212

DB2/ 40679458.1

| | |
|---|---|
| BARRAN LIEBMAN LLP | MILLER NASH GRAHAM & DUNN LLP |
| By s/ *Sean P. Ray*<br>   Sean P. Ray, WSBA No. 47152<br>   Trevor Caldwell, WSBA No. 56018<br>   sray@barran.com<br>   tcaldwell@barran.com<br>   Telephone: (503) 228-0500<br>   Facsimile: (503) 276-1212 | By s/ *Susan K. Stahlfeld*<br>   Susan K. Stahlfeld, WSBA No. 22003<br>   Katie Loberstein, WSBA No. 51091<br>   susan.stahlfeld@millernash.com<br>   katie.loberstein@millernash.com<br>   Telephone: (206) 624-8300<br>   Facsimile: (206) 340-9599 |
| *Attorneys for Defendant INTEGRATED COMMUNICATION SERVICE, INC.* | MORGAN, LEWIS & BOCKIUS LLP |
| TERRELL MARSHALL LAW GROUP PLLC | By s/ *Andrew P. Frederick*<br>   Daryl S. Landy. Pro Hac Vice<br>   Andrew P. Frederick, Pro Hac Vice<br>   Nicole L. Antonopoulos, Pro Hac Vice<br>   daryl.landy@morganlewis.com<br>   andrew.frederick@morganlewis.com<br>   nicole.antonopoulos@morganlewis.com<br>   Telephone: (714) 830-0600<br>   Facsimile: (714) 830-0700 |
| By s/ *Toby J. Marshall*<br>   Beth E. Terrell, WSBA No. 26759<br>   Toby J. Marshall, WSBA No. 32726<br>   bterrell@terrellmarshall.com<br>   tmarshall@terrellmarshall.com<br>   Telephone: (206) 816-6603<br>   Facsimile: (206) 319-5450 | |
| SCHNEIDER WALLACE COTTRELL KONECKY LLP | *Attorneys for Defendants COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC* |
|    Carolyn H. Cottrell, *Pro Hac Vice*<br>   Ori Edelstein, *Pro Hac Vice*<br>   Michelle S. Lim, *Pro Hac Vice* | |
| BERGER MONTAGUE PC | |
|    Camile Rodriguez Fundora, *Pro Hac Vice*<br>   Lane Vines, *Pro Hac Vice* | |
| *Attorneys for Plaintiffs Michael Randall and Allen Finney* | |

ORDER GRANTING JOINT MOTION TO LIFT THE STAY ON ALL PROCEEDINGS - 3
Case No. 3:20-cv-05438-JLR

**BARRAN LIEBMAN** LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR  97204-3159
PHONE (503) 228-0500   FAX (503) 274-1212

DB2/ 40679458.1