| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| MICHAEL RANDALL and ALLEN FINNEY, On Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>INTEGRATED COMMUNICATION SERVICE, INC.; COMCAST CORPORATION; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC.<br><br>        Defendants. | Case No. 3:20-cv-05438-JLR<br><br>**NOTICE OF SUPPLEMENTAL MATERIALS PURSUANT TO ORDER GRANTING MOTION FOR CONDITIONAL CERTIFICATION [DKT. NO. 75]** |

PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND TO FACILITATE NOTICE PURSUANT TO 29 U.S.C. § 216(B)
(No.: 3:20-cv-05438-JLR)

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603

Plaintiffs Michael Randall and Allen Finney, on behalf of themselves and all others similarly situated ("Plaintiffs"), hereby gives notice that Plaintiffs and Defendant Integrated Communication Service, Inc. ("ICS"), and Defendants Comcast Corporation and Comcast Cable Communications Management, LLC (collectively, "Comcast") have met and conferred pursuant to the Court's Order Granting Motion for Conditional Certification. Dkt. No. 75. Pursuant to that Order, the Parties have reached an agreement regarding mutually acceptable versions of the notice and opt-in consent form, which have been attached to this Notice as Exhibits A and B.

Dated: July 8, 2021     Respectfully submitted,

TERRELL MARSHALL LAW GROUP

By: /s/ Beth E. Terrell, WSBA #26759
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com

TERRELL MARSHALL LAW GROUP

By: /s/ Toby J. Marshall, WSBA #32726
Toby J. Marshall, WSBA #32726
Email: tmarshall@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Carolyn H. Cottrell
Email: ccottrell@schneiderwallace.com
Ori Edelstein
Email: oedelstein@schneiderwallace.com
Michelle S. Lim
Email: mlim@schneiderwallace.com
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Camille Rodriguez Fundora
Email: crodriguez@bm.net
Lane L. Vines
Email : lvines@bm.net
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

1

PLAINTIFFS' MOTION FOR CONDITIONAL
CERTIFICATION AND TO FACILITATE
NOTICE PURSUANT TO 29 U.S.C. § 216(B)
(No.: 3:20-cv-05438-JLR)

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603

Telephone: (215) 875-3000
Facsimile: (215) 875-4604

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Michelle S. Lim, hereby certify that I electronically filed the foregoing document(s) with the Clerk of the Court for the United States District Court, Western District of Washington, by using the Court's CM/ECF system on July 8, 2021.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

_____
Michelle S. Lim

2

PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND TO FACILITATE NOTICE PURSUANT TO 29 U.S.C. § 216(B)
(No.: 3:20-cv-05438-JLR)

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603