UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL RANDALL,<br><br>      Plaintiffs,<br><br>  v.<br><br>INTEGRATED COMMUNICATION SERVICE INC,<br><br>      Defendants. | CASE NO. 3:20-cv-05438-DGE<br><br>ORDER ON SUPPLEMENTAL NOTICE TO CLASS MEMBERS |

  At the final approval hearing on the parties' proposed class and collective action settlement, the Court directed Plaintiffs to provide supplemental briefing addressing the apparent lack of class members' access and opportunity to object to Plaintiffs' motion for attorney fees. (*See* Dkt. Nos. 127, 128.)  In response, Plaintiffs propose sending a supplemental notice to class members containing the new deadline for class members to object to the fee motion and instructions to access the motion on the settlement website.  (Dkt. No. 129 at 3.)  Plaintiffs ask that class members receive 15 days to object to the fee motion, explaining that district courts "have approved supplemental notice periods of 15 days or more." (*Id.* at 3–4.)

ORDER ON SUPPLEMENTAL NOTICE TO CLASS MEMBERS - 1

Plaintiffs are directed to provide the proposed supplemental notice to class members, with some modifications.

First, given that a 15-day supplemental notice period is on the low-end of what courts have allowed, the Court finds that class members shall have 30 days to object.

Second, the Court finds that the language in the proposed notice stating "The paperwork submitted in support of fee motion and for final settlement approval is available for review [at the settlement website]" should be simplified.  (Dkt. No. 129-1 at 2.)  Plaintiffs are directed to change this language to state "The motion for attorney fees and the motion for final settlement approval, along with supporting declarations and exhibits, are available for review" at the settlement website.

Third, the proposed supplemental notice contains the statement, "If you would like a Spanish-translated copy of this notice, please visit https://icssettlement.com/."  This statement shall also be translated into Spanish and included in the supplemental notice at Footnote 1.

Fourth, prior to distributing the supplemental notice, the Court directs the parties to contact the courtroom deputy to schedule a final approval hearing that takes into consideration the 30-day supplemental objection period.

Finally, the Court reserves any ruling on whether costs incurred in disseminating the supplemental notice shall be paid from the Gross Settlement Amount.

Dated this 23rd day of January 2024.

David G. Estudillo
United States District Judge